Filed 1/20/15  P. v. Demarco CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>DAVID VINCENT DEMARCO,<br><br>    Defendant and Appellant. | 2d Crim. No. B258436<br>(Super. Ct. No. 14C-23998)<br>(San Luis Obispo County) |

David Vincent Demarco appeals from the judgment after he pled no contest to possession of methamphetamine. (Health & Saf. Code, § 11377, subd. (a).)  The trial court granted Proposition 36 probation (Pen. Code, § 1210.1) and ordered appellant to serve 64 days county jail and pay $1,300 in fines.

We appointed counsel to represent appellant on appeal.  After counsel's examination of the record, he filed a brief raising no issues.  On November 21, 2014, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  No response has been received from appellant.

We have reviewed the entire record and are satisfied appellant's counsel has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, J.

We concur:

GILBERT, P.J.

PERREN, J.

Rita Federman, Judge

Superior Court County of San Luis Obispo

_____

California Appellate project, under appointment by the Court of Appeal, for Defendant and Appellant, Jonathan B. Steiner, Executive Director and Richard H  Lennon, Staff Attorey for Defendant and Appellant.

No appearance for Respondent.  .